In the Matter of the Application of ANTHONY DRAGONETTI and INES DRAGO-

* See *post*, p. 780.— [REP.

NETTI, Appellants, for an Order Compelling ABRAHAM LEHMAN, Their Attorney, Respondent, to Account to Them as Such Attorney.— Motion to dispense with printing denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.